Lawrence W. Freiman, Esq. (SBN 288917)
lawrence@freimanlegal.com
FREIMAN LEGAL
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
Telephone: (310) 917-1004
Facsimile:  (310) 300-2603

*Counsel for Plaintiff Adrian Tello*

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN TELLO,<br><br>                    Plaintiff,<br><br>v.<br><br>WAYFAIR LLC; and DOES 1 through 20, inclusive,<br><br>                    Defendants. | CASE NO.: 2:24-cv-01341-DJC-CSK<br><br>**STIPULATION AND ORDER FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT** |

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF**

STIPULATION AND ORDER

1

**RECORD:**

Plaintiff ADRIAN TELLO ("Plaintiff") and Defendant WAYFAIR LLC ("Defendant") by and through their respective counsel of record, stipulate and agree as follows:

**WHEREAS**, Plaintiff filed her Complaint in this case on April 9, 2024 in the Superior Court of California, County of San Joaquin.

**WHEREAS**, Defendant removed the case to this Court in or around May of 2024.

**WHEREAS**, Plaintiff seeks to add eight causes of action for (1) Discrimination in Violation of FEHA; (2) Failure to Prevent Discrimination (FEHA); (3) Harassment in Violation of FEHA; (4) Failure to Prevent Harassment in Violation of FEHA; (5) Retaliation in Violation of FEHA; (6) Failure to Prevent Retaliation (FEHA); (7) Failure to Engage in a Timely, Good Faith, Interactive Process; and (8) Failure to Provide a Reasonable Accommodation

**WHEREAS,** Defendant agrees that Plaintiff shall be permitted to amend his Complaint to add these causes of action.

**NOW, THEREFORE**, the Parties hereby stipulate and agree through their respective counsel, that Plaintiff shall be permitted to file a First Amended Complaint to the eight causes of action enumerated above and in the proposed First Amended

///

///

///

1 | Complaint attached as Exhibit "A."
2 |     **IT IS SO STIPULATED.**
3 | Dated: September 11, 2024

SANDERS ROBERTS LLP

By       /s/ Melvin Felton, Esq.
      MELVIN FELTON, ESQ.
Attorneys for Defendant WAYFAIR LLC

Dated: September 11, 2024

FREIMAN LEGAL

By       /s/ Lawrence W. Freiman
      LAWRENCE W. FREIMAN
Counsel for Plaintiff ADRIAN TELLO

**ORDER**

Good cause appearing, and upon the foregoing stipulation of the parties, it is hereby **ORDERED** that Plaintiff shall be permitted to file a First Amended Complaint and shall file the proposed amended complaint, ECF No. 7-1, as a stand-alone event forthwith.  Defendant shall have 10 days to serve its responsive pleading once filed.

Dated:  September 11, 2024          /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE